IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:18-cv-521-Orl-ACC-TBS

CARL A. ALLEN,

    Plaintiff,

vs.

F.H. CANN & ASSCOCIATES, INC.,

    Defendant.
_____/

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, by and through her undersigned attorney, hereby discloses the following pursuant to this Court's Interested Persons Order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this Case:

| | |
|---|---|
| Plaintiff: | CARL A. ALLEN |
| Attorney for Plaintiff: | N. James Turner, Esq.<br>100 S. Bumby Avenue<br>Orlando, FL 32803<br>(888) 877-5103 |
| Defendant: | F.H. CANN & ASSCOCIATES, INC. |
| Attorneys for | Lauren, M. Burnett, Esq.<br>450-106 State Road 13 N., Suite 326<br>St. Johns, FL 32259<br>Tel.: (904) 201-9120<br>lburnette@bn-lawyers.com |

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    No others known.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    N/A

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    N/A

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the court in writing upon learning of any such conflict.

DATED this 11 April 2018.

        */s/ N. James Turner*
        N. James Turner, Esq.
        Counsel for Plaintiff
        100 S. Bumby Avenue
        Orlando, FL 32803
        Telephone (888) 877 -5103
        E-mail address: njtlaw@gmail.com
        Florida Bar No. 0203041

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 11 April 2018, I electronically filed the foregoing using the using the CM/ECF system which will send a notice of electronic filing to:   Lauren, M. Burnett, Esq., 450-106 State Road 13 N., Suite 326, St. Johns, FL 32259.

        */s/ N. James Turner         /*
        N. James Turner, Esquire