IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:18-cv-521-Orl-ACC-TBSS

CARL A. ALLEN,

    Plaintiff,

vs.

F.H. CANN & ASSOCIATES, INC.,

    Defendant.
_____/

# **PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

___    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**X**    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated:   April 11, 2018.

                                      */s/ N. James Turner*
                                      N. James Turner, Esq.
                                      Counsel for Plaintiff
                                      100 S. Bumby Avenue
                                      Orlando, FL 32803
                                      Telephone (888) 877 -5103
                                      E-mail address: njtlaw@gmail.com
                                      Florida Bar No. 0203041