IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Orlando Division

Case No. 6:18-cv-521-Orl-ACC-TBS

CARL A. ALLEN,

    Plaintiff,

vs.

F.H. CANN & ASSCOCIATES, INC.,

    Defendant.
_____/

# NOTICE OF SETTLEMENT

    Plaintiff, CARL A. ALLEN, pursuant to Rule 3.08 of the Local Rules of the United States District Court, Middle District of Florida, hereby gives notice that the above-referenced matter has been completely resolved between the parties.

    Dated:   July 11, 2018.

                                                                     */s/ N. James Turner*
                                                                     N. James Turner, Esq.
                                                                     Counsel for Plaintiff
                                                                     100 S. Bumby Avenue
                                                                     Orlando, FL 32803
                                                                     Telephone (888) 877-5103
                                                                     E-mail address: njtlaw@gmail.com
                                                                     Florida Bar No. 0203041

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on 11 July 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:   Lauren M. Burnette, Esq., 450-106 State Road 13 N., Suite 326, St. Johns, FL 32259 and Daryl Bloodworth, 420 S Orange Ave Suite 700, Orlando, FL 32801 and Darryl Bloodworth, 420 S Orange Ave Suite 700, Orlando, FL 32801.

                                                                       */s/ N. James Turner*
                                                                     N. James Turner, Esquire